**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-1487**

---

DIANA M. CAMPITELLI,

Plaintiff - Appellant,

versus

LISA DUERLING; DEBBIE NIGRIN,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of Maryland, at Baltimore. Benson E. Legg, District Judge. (CA-01-423-L)

---

Submitted: August 9, 2001          Decided: August 14, 2001

---

Before NIEMEYER, MOTZ, and GREGORY, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Diana M. Campitelli, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Diana M. Campitelli appeals the district court's order denying her motion for leave to proceed in forma pauperis. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis on appeal and dismiss the appeal on the reasoning of the district court. See Campitelli v. Duerling, No. CA-01-423-L (D. Md. Mar. 21, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED